# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE CHILDS,**<br>    Plaintiff,<br><br>v.<br><br>**UNIVERSAL COMPANIES,**<br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 15-3507** |

## O R D E R

**AND NOW**, this  22nd  day of April 2016, after review of Defendant's Motion to Dismiss (ECF 17) and Plaintiff's Response thereto (ECF 18, 19), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-3507 childs v. universal\15cv3507.4.21.16.Order.M2D.docx